# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | **Criminal No: 07-00079-CG-C** |
| **v.** * | |
| * | |
| **QUACY TOM WRIGHT and** * | |
| **ADRIANE LYNETTE PREYEAR** * | |

## ORDER

This matter is before the Court on the Government's motion for final judgment of forfeiture (Doc. 74). For the reasons set forth therein, the motion is **granted**. Judgment shall be entered accordingly by separate order.

**DONE and ORDERED** this 5th day of January, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE