## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**   * | |
| * | **Criminal No: 07-00079-CG-C** |
| **v.**   * | |
| * | |
| **QUACY TOM WRIGHT and**   * | |
| **ADRIANE LYNETTE PREYEAR**   * | |

### FINAL JUDGMENT OF FORFEITURE

WHEREAS pursuant to Title 21, United States Code Sections 846 and 853 and by virtue of the defendants' guilty pleas and consent to forfeiture, and the Court's Judgment, all right, title and interest of defendants Wright and Preyear in the below-described assets was forfeited to and vested in the United States of America for disposition in accordance with law, subject to the provisions of Title 21, United States Code, Section 853(n).

WHEREAS pursuant to Title 21, United States Code, Section 853(n)(1) the United States caused to be published in the *Press-Register* notice of this forfeiture and of the intent of the United States to dispose of the below-described property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their interest in the items; and,

WHEREAS no other third-parties have come forward to assert an interest in the property in the time required under Title 21, United States Code, Section 853(n)(2).

WHEREAS the United States having met all statutory requirements for the forfeiture of the below-described property it is authorized to, and it should, reduce said properties to its possession.

NOW, THEREFORE, the Court having considered the matter and been fully advised in the premises, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that, pursuant to Title 21, United States Code, Section 853, the following is forfeited to the United States of America:

**$10,783.00, more or less, in U.S. Currency; and,**

**One Lincoln Town Car, VIN 1LNFM82WY682729; and,**

**One Ruger, .44 Magnum caliber pistol, model Redhawk, SN 552-39546.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest to the above-described items are hereby condemned, forfeited, and vested in the United States of America and shall be disposed of according to law; and,

**IT IS FURTHER ORDERED** that the United States Marshals Service take the above-described property into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that the United States of America shall have clear title to the property that is the subject of this Judgment and may warrant good title subject of this Judgment and may warrant good title to any subsequent purchaser or transferee.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward five (5) certified copies of this Order to Assistant United States Attorney Alex F. Lankford, IV.

DONE this 5th day of January, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE